UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY, as Personal Representative
of the Estate of Jane Bailey, deceased, and
JAMES BAILEY, as Next Friend of ROBERT
BAILEY, a minor,

       Plaintiff,                        Case No. 11-cv-14199
                                              HON. GEORGE CARAM STEEH

vs.


NYLONCRAFT, INC.,

       Defendant.

_____/


## ORDER GRANTING DEFENDANT'S MOTION
## TO EXTEND DISCOVERY BY 90 DAYS [#13]

Before the court is defendant's motion to extend discovery by ninety (90) days, filed on April 12, 2012. The parties have submitted briefing on the pending motion and upon review of same, the court finds that defendant has established good cause to warrant an extension of the discovery period in this matter. Because liability is not in issue, granting an additional (90) days to enable defendant to complete discovery related to the damages issue will not implicate the November 9, 2011 scheduling order's other dates, including the pretrial conference date and the September 4, 2012 trial date.

Accordingly,

Defendant's motion to extend discovery by ninety (90) days is GRANTED.

Discovery cut-off is extended to July 13, 2012.

SO ORDERED.

Dated: May 2, 2012

            S/George Caram Steeh
            GEORGE CARAM STEEH
            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 2, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---