UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY, as Personal Representative
of the Estate of Jane Bailey, deceased, and
ROBERT BAILEY,

       Plaintiffs,                        Case No. 11-14199
                                          HON. GEORGE CARAM STEEH

vs.

NYLONCRAFT, INC.,

       Defendant.
_____/

ORDERS RESOLVING MOTIONS IN LIMINE
AT FINAL PRETRIAL CONFERENCE

       The court conducted a final pretrial conference with counsel on August 28, 2012. At this conference, the court denied defendant's motion for a continuance of the trial date (Dkt. No. 68), denied defendant's motion to redepose plaintiff James Bailey (Dkt. No. 68) and denied plaintiffs' motion to strike the report of Patrick Dunleavey (Dkt. No. 41). The court has under advisement defendant's motion to preclude replacement services claims pursuant to recent Michigan Supreme Court decisions (Dkt. No. 56) and Defendants' motion to preclude evidence relevant to plaintiff's negligent entrustment claim (Dkt. No. 72, Issue No. 1). Remaining issues pertaining to motions in limine have been resolved by agreement of the parties (Dkt. No. 72, Issue Nos. 2-8)

       So ordered.

Dated: August 28, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 28, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk