UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY, as Personal Representative
of the Estate of Jane Bailey, deceased, and
JAMES BAILEY, as Next Friend of Robert
Bailey, a minor

       Plaintiff,　　　　　　　　　　Case No. 2:11-cv-14199
v.　　　　　　　　　　　　　　　　　　　　Hon. George Caram Steeh
　　　　　　　　　　　　　　　　　　　　　　Mag. Judge R. Steven Whalen
NYLONCRAFT, INC.,

       Defendant.

| | |
|---|---|
| ROBERT H. DARLING (P25523)<br>ROBERT H. DARLING, PLLC<br>Attorney for Plaintiff<br>645 Griswold St., Ste 4200<br>Detroit, MI 48226<br>(313) 967-0245<br>rdarling@mckeenassociates.com | KENNETH C. MERRITT (P29778)<br>TRENT B. COLLIER (P66448)<br>COLLINS, EINHORN, FARRELL & ULANOFF<br>Attorneys for Defendant<br>4000 Town Center, Suite 900<br>Southfield, MI 48075<br>(248) 355-4141<br>kenneth.merritt@ceflawyers.com<br>trent.collier@ceflawyers.com |
| FRANCIS FITZGERALD (P27273)<br>Attorney for Plaintiff<br>35752 Harper Avenue, Unit A<br>Clinton Township, MI 48035<br>(586) 469-2100<br>fk@lawoptions.com | DONALD H. DAWSON, Jr. (P29692)<br>KATHLEEN A. CLARK (P43295)<br>DAWSON AND CLARK<br>Co-Counsel for Defendant<br>243 W. Congress, Suite 600<br>Detroit, MI 48226<br>(313) 256-8900<br>ddawson@dawson-clark.com<br>kclark@dawson-clark.com |
| JESSE L. YOUNG (P72614)<br>SOMMERS SCHWARTZ, P.C.<br>Interested Party<br>2000 Town Center, Ste. 900<br>Southfield, MI 48075<br>(248) 355-0300<br>jyoung@sommerspc.com | S. THOMAS WIENNER (P29233)<br>WIENNER & GOULD, P.C.<br>Attorney for Lienholder Sommers Schwartz, P.C.<br>950 West University Dr., Ste. 350<br>Rochester, MI 48304<br>(248) 841-9400<br>twienner@wiennergould.com |
| BRUCE T. WALLACE (P24148)<br>Counsel for Robert H. Darling<br>126 South Main<br>Ann Arbor, MI 48104<br>(734) 662-4426<br>bwallace@hooperhathaway.com | |
| MARK R. BENDURE (P23490)<br>Attorney for Robert H. Darling<br>645 Griswold, Suite 4100<br>Detroit, MI 48226<br>(313) 961-1525<br>bendurelaw@cs.com | |

**RESPONSE OF SOMMERS SCHWARTZ, P.C.
TO MOTION TO DETERMINE LIEN**

## RESPONSE OF SOMMERS SCHWARTZ, P.C.
## TO MOTION TO DETERMINE LIEN

For its response to Robert H. Darling's Motion to Determine Lien Filed by Sommers Schwartz, P.C., Sommers Schwartz, P.C. incorporates herein as if they were fully set forth the attached Response of Sommers Schwartz, P.C. to Motion of Robert H. Darling, PLLC and Francis M. Fitzgerald, P.C. Seeking, *Inter Alia*, Order Authorizing Payment of Attorney Fees and Costs and Brief in Support.

                Respectfully submitted,

                /s/ S. Thomas Wienner (P29233)
                Wienner & Gould, P.C.
                Attorney for Lienholder Sommers Schwartz, P.C.
                950 W. University Dr., Ste. 350
                Rochester, MI  48307
                (248) 841-9400
                Primary email:  twienner@wiennergould.com

Date:  December 10, 2012

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES BAILEY, as Personal Representative
of the Estate of Jane Bailey, deceased, and
JAMES BAILEY, as Next Friend of Robert
Bailey, a minor

       Plaintiff,                        Case No. 2:11-cv-14199

v.                                        Hon. George Caram Steeh
                                             Mag. Judge R. Steven Whalen

NYLONCRAFT, INC.,

       Defendant.
_____

ROBERT H. DARLING (P25523)  
ROBERT H. DARLING, PLLC  
Attorney for Plaintiff  
645 Griswold St., Ste 4200  
Detroit, MI  48226  
(313) 967-0245  
rdarling@mckeenassociates.com  

FRANCIS FITZGERALD (P27273)  
Attorney for Plaintiff  
35752 Harper Avenue, Unit A  
Clinton Township, MI  48035  
(586) 469-2100  
fk@lawoptions.com  

JESSE L. YOUNG (P72614)  
SOMMERS SCHWARTZ, P.C.  
Interested Party  
2000 Town Center, Ste. 900  
Southfield, MI 48075  
(248) 355-0300  
jyoung@sommerspc.com  

BRUCE T. WALLACE (P24148)  
Counsel for Robert H. Darling  
126 South Main  
Ann Arbor, MI  48104  
(734) 662-4426  
bwallace@hooperhathaway.com  

MARK R. BENDURE (P23490)  
Attorney for Robert H. Darling  
645 Griswold, Suite 4100  
Detroit, MI  48226  
(313) 961-1525  
bendurelaw@cs.com  

KENNETH C. MERRITT (P29778)  
TRENT B. COLLIER (P66448)  
COLLINS, EINHORN, FARRELL & ULANOFF  
Attorneys for Defendant  
4000 Town Center, Suite 900  
Southfield, MI  48075  
(248) 355-4141  
kenneth.merritt@ceflawyers.com  
trent.collier@ceflawyers.com  

DONALD H. DAWSON, Jr. (P29692)  
KATHLEEN A. CLARK (P43295)  
DAWSON AND CLARK  
Co-Counsel for Defendant  
243 W. Congress, Suite 600  
Detroit, MI  48226  
(313) 256-8900  
ddawson@dawson-clark.com  
kclark@dawson-clark.com  

S. THOMAS WIENNER (P29233)  
WIENNER & GOULD, P.C.  
Attorney for Lienholder Sommers Schwartz, P.C.  
950 West University Dr., Ste. 350  
Rochester, MI  48304  
(248) 841-9400  
twienner@wiennergould.com  

_____

## **CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2012, I caused the electronic filing of the Response of Sommers Schwartz, P.C. to Motion to Determine Lien with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Bruce T. Wallace bwallace@hooperhathaway.com, wconrad@hooperhathaway.com

Donald H. Dawson , Jr ddawson@dawson-clark.com, mlindsey@dawson-clark.com

Jesse L. Young jyoung@sommerspc.com, adecoste@sommerspc.com

Kathleen A. Clark kclark@dawson-clark.com, mlindsey@dawson-clark.com

Kenneth C. Merritt Kenneth.Merritt@ceflawyers.com, beverly.sutherlin@ceflawyers.com, karen.schmidt@ceflawyers.com, trent.collier@ceflawyers.com

Mark R. Bendure bendurelaw@cs.com

Robert H. Darling rdarling@sommerspc.com, tblick@sommerspc.com

Trent B. Collier trent.collier@ceflawyers.com, beverly.sutherlin@ceflawyers.com

   I also certify that I will serve copies via First Class U.S. Mail upon the following non-ECF participants:

Francis M. Fitzgerald
Francis M. Fitzgerald, P.C.
35752 Harper Ave., Ste. A
Clinton Twp., MI 48035

             /s/ S. Thomas Wienner (P29233)
             Wienner & Gould, P.C.
             Attorney for Lienholder Sommers Schwartz, P.C.
             950 W. University Dr., Ste. 350
             Rochester, MI  48307
             (248) 841-9400; Fax 652-2729
             Primary E-Mail:  twienner@wiennergould.com

Dated:  December 10, 2012

2