UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
DEC 1 2 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JAMES BAILEY, as Personal
Representative of the Estate of
Jane Bailey, deceased, and ROBERT
BAILEY,

        Plaintiffs,

vs.

NYLONCRAFT, INC.,

        Defendant.

Case No.: 11-14199-GCS-MAR
Judge: George Caram Steeh

---

ROBERT H. DARLING (P25523)
Attorney for Plaintiffs
645 Griswold, Suite 4200
Detroit, MI 48226
(313) 966-0246; (313) 961-5985 (fax)
rdarling@mckeenassociates.com

KENNETH MERRITT (P29778)
Attorney for Defendant
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141; (248) 355-2277 (Fax)
Kenneth.merritt@ceflawywers.com

S. THOMAS WIENNER (P29233)
950 West University Drive, #350
Rochester, MI 48304
(248) 841-9400
twienner@wiennergould.com

BRUCE T. WALLACE (P24148)
Counsel for Robert H. Darling
126 South Main
Ann Arbor, MI 48104
(734) 662-4426
bwallace@hooperhathaway.com

FRANCIS FITZGERALD (P27273)
Attorney for Plaintiffs
35752 Harper Avenue, Unit A
Clinton Township, MI 48035
(586) 469-2100
fk@lawoptions.com

DONALD H. DAWSON, JR (P29692)
KATHLEEN A. CLARK (P43295)
Co-Counsel for Defendant
243 W. Congress, Suite 600
Detroit, MI 48226
(313) 256-8900
ddawson@dawson-clark.com
kclark@dawson-clark.com

JESSE YOUNG (P72614)
2000 Town Center, #900
Southfield, MI 48075
(248) 351-0300
jyoung@sommerspc.com

MARK R. BENDURE (P23490)
Attorney for Robert H. Darling
645 Griswold, Suite 4100
Detroit, MI 48226
(313) 961-1525
bendurelaw@cs.com

McKeen & Associates, P.C. ● 645 Griswold Street, Suite 4200 ● Detroit, MI 48226 ● (313) 961-4400

## ORDER FOR ATTORNEY FEE AND COST DISTRIBUTION

At a session of said Court, held in the Courtroom thereof, located in the City of Detroit, County of Wayne and State of Michigan,

ON: December 12, 2012

PRESENT: _____
HON. GEORGE S. STEEH,
U.S. DISTRICT COURT JUDGE

The Court, having been duly advised in the premises and understanding the confidential nature of said settlement.

**IT IS HEREBY ORDERED** that the "Total Settlement Proceeds" identified in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera be processed as follows:

**A    STRUCTURED SETTLEMENT FUNDS**

Those funds identified as "Net to Plaintiffs" in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera necessary to purchase structured settlement annuities for James Bailey, Michael Bailey, and Robert Bailey shall be paid directly to the life insurance companies identified in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera.

**B.    PROCEEDS OF IMMEDIATE CASH TO JAMES BAILEY, MICHAEL BAILEY and ROBERT BAILY – EXCEPTION A TRUST**

The funds identified as "Net to Plaintiffs" in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera not used to purchase the aforesaid structured settlement annuities for James

Bailey, Michael Bailey and Robert Bailey, shall be deposited into the IOLTA Trust Account of FRANCIS M. FITZGERALD, P.C., maintained at Fifth Third Bank and upon the settlement checks clearing, funds to be distributed to James Bailey, Michael Bailey and the Robert J. Bailey Exception A Trust, James W. Bailey, Trustee.

### C.     PROCEEDS TO OTHER INTERESTED PARTIES

Equal amounts as identified in "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera to be distributed to Marla Trippell, Mark Mikelait and Robert Mikelait

### D.     ATTORNEY FEES / COSTS

The total attorney fees and costs identified in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera are also to be deposited into the IOLTA Trust Account of FRANCIS M. FITZGERALD, P.C., maintained at Fifth Third Bank and to be distributed as follows:

1.     Upon the settlement checks clearing, FRANCIS M. FITZGERALD, P.C. shall receive those attorney fees and costs designated to FRANCIS M. FITZGERALD, P.C. as identified in the "Confidential Settlement – Exhibit A Distribution of Proceeds" documents reviewed by the Court in camera.

2.     The balance of the attorney fees / costs not paid to FRANCIS M. FITZGERALD, P.C., identified in the "Confidential Settlement – Exhibit A Distribution of Proceeds" document reviewed by the Court in camera shall be held in the FRANCIS M. FITZGERALD, P.C. IOLTA Trust Account

maintained at Fifth Third Bank until an Order is entered by this Court directing FRANCIS M. FITZGERALD, P.C., to disburse said balance of attorney fees and costs to ROBERT DARLING, PLLC and SOMMERS SCHWARTZ , P.C., in amounts specified by this Court's later Order.

3. FRANCIS M. FITZGERALD, P.C., is to make no distribution of the balance of attorney fees and costs to either ROBERT DARLING, PLLC and/or SOMMERS SCHWARTZ, P.C., without specific Order from this Court identifying costs and attorney fees payable to each firm.

E. **FIFTH THIRD BANK – NO LIABILITY**

Fifth Third Bank has no liability or responsibility for any distribution of funds as directed by this Court in this Order. All attorneys and/or persons endorsing the settlement check have authority to do so on behalf of their respective law firms.

**IT IS SO ORDERED.**

_____
GEORGE C. STEEH
U.S. DISTRICT COURT JUDGE

Approved as to form:

_____
ROBERT H. DARLING  (P25523)
Attorney for Plaintiffs

_____
FRANCIS M. FITZGERALD  (P27273)
Attorney for Plaintiffs

_____
KENNETH MERRITT  (P29778)
Attorney for Defendant

_____
DONALD H. DAWSON, JR.  (P29692)
KATHLEEN A. CLARK  (P432950)
MICHAEL PIEKNIK  (P65710)
Co-Counsel for Defendant

McKeen & Associates, P.C. ● 645 Griswold Street, Suite 4200 ● Detroit, MI 48226 ● (313) 961-4400

-5-