UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC 1 2 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JAMES BAILEY, as Personal
Representative of the Estate of
Jane Bailey, deceased, and ROBERT
BAILEY,

        Plaintiffs,

vs.

NYLONCRAFT, INC.,

        Defendant.

Case No.: 11-14199-GCS-MAR
Judge: George Caram Steeh

McKeen & Associates, P.C. ● 645 Griswold Street, Suite 4200 ● Detroit, MI 48226 ● (313) 961-4400

---

ROBERT H. DARLING (P25523)
Attorney for Plaintiffs
645 Griswold, Suite 4200
Detroit, MI 48226
(313) 966-0246; (313) 961-5985 (fax)
rdarling@mckeenassociates.com

KENNETH MERRITT (P29778)
Attorney for Defendant
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141; (248) 355-2277 (Fax)
Kenneth.merritt@ceflawywers.com

S. THOMAS WIENNER (P29233)
950 West University Drive, #350
Rochester, MI 48304
(248) 841-9400
twienner@wiennergould.com

BRUCE T. WALLACE (P24148)
Counsel for Robert H. Darling
126 South Main
Ann Arbor, MI 48104
(734) 662-4426
bwallace@hooperhathaway.com

FRANCIS FITZGERALD (P27273)
Attorney for Plaintiffs
35752 Harper Avenue, Unit A
Clinton Township, MI 48035
(586) 469-2100
fk@lawoptions.com

DONALD H. DAWSON, JR. (P29692)
KATHLEEN A. CLARK (P43295)
Co-Counsel for Defendant
243 W. Congress, Suite 600
Detroit, MI 48226
(313) 256-8900
ddawson@dawson-clark.com
kclark@dawson-clark.com

JESSE YOUNG (P72614)
2000 Town Center, #900
Southfield, MI 48075
(248) 351-0300
jyoung@sommerspc.com

MARK R. BENDURE (P23490)
Attorney for Robert H. Darling
645 Griswold, Suite 4100
Detroit, MI 48226
(313) 961-1525
bendurelaw@cs.com

## ORDER OF DISMISSAL

At a session of said Court, held in the
City of Detroit, County of Wayne,
Michigan, on the 12th day of December, 2012.

PRESENT:  HONORABLE GEORGE CARAM STEEH

This Court being duly advised in the premises and understanding the confidential nature of said settlement, and the Plaintiffs' determination to dismiss all claims against Nyloncraft, Inc. with prejudice and without costs to any party;

IT IS HEREBY ORDERED that the Settlement Agreement previously filed and described in open Court is approved.

IT IS FURTHER ORDERED that the claims of Plaintiffs against Nyloncraft, Inc. be and hereby are dismissed with prejudice and without costs to any party.

The Court reserves jurisdiction to consider and decide the pending Motion to determine lien.

_____
U.S. DISTRICT COURT JUDGE

Approved as to form:

_____
ROBERT H. DARLING (P25523)
Attorney for Plaintiffs

_____
FRANCIS M. FITZGERALD (P27273)
Attorney for Plaintiffs

_____
KENNETH MERRITT (P29778)
Attorney for Defendant

_____
DONALD H. DAWSON, JR. (P29692)
KATHLEEN A. CLARK (P432950)
MICHAEL PIEKNIK (P65710)
Co-Counsel for Defendant

McKeen & Associates, P.C. • 645 Griswold Street, Suite 4200 • Detroit, MI 48226 • (313) 961-4400