UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY, as Personal Representative
of the Estate of Jane Bailey, deceased, and
JAMES BAILEY, as Next Friend of ROBERT
BAILEY, a minor,

       Plaintiff,                    Case No. 11-cv-14199
                                          HON. GEORGE CARAM STEEH

vs.

NYLONCRAFT, INC.,

       Defendant.
_____/

### ORDER GRANTING SOMMERS SCHWARTZ, P.C.'S
### EMERGENCY MOTION FOR PROTECTIVE ORDER [#96]

Before the court is an emergency motion for protective order (#96). The court held a telephonic conference on the issues presented in the motion on January 17, 2013. For the reasons discussed during the conference, the motion is granted to the extent that the deposition scheduled for tomorrow is postponed. The parties involved are to choose a mutually agreeable date and time for the deposition. The deposition is to take place by January 28, 2013. Per the request of the parties, the court will hold a status conference in the case on January 30, 2013 at 8:45 a.m.

       SO ORDERED.

Dated: January 18, 2013

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Francis M. Fitzgerald, Francis M. Fitzgerald, P.C., 35752 Harper Ave., Suite A, Clinton Twp., MI 48035, on January 18, 2013, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk